# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BETSY W.[1], <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 3:23-CV-60 <br><br> JUDGE THOMAS M. ROSE <br><br> MAGISTRATE JUDGE KAREN L. LITKOVITZ |

## ENTRY AND ORDER GRANTING JOINT STIPULATION TO REMAND TO THE COMMISSIONER (DOC. NO. 8)

This case is before the Court on the parties' Joint Stipulation to Remand to the Commissioner. (Doc. No. 8.) The parties agree that the Commissioner's decision should be reversed, and this matter remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further administrative proceedings, including a complete reevaluation "starting at the beginning of the sequential evaluation." The Court **ORDERS** that:

(1) The Joint Stipulation to Remand to the Commissioner (Doc. 8) is **GRANTED**;

(2) The Commissioner's prior decision shall be **REVERSED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 405 of the Social Security Act, 42 U.S.C.

---

[1] *See* S.D. Ohio General Order 22-01 ("The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that due to significant privacy concerns in social security cases federal courts should refer to claimants only by their first names and last initials.").

§ 405(g), including a complete reevaluation "starting at the beginning of the sequential evaluation"; and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, April 21, 2023.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE